IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Michaeil Ward, | ) |
| Plaintiff, | ) ) ) ) Case no. 24-cv-1410 |
| v. | ) ) Honorable Ronald L Hanna |
| Rodney Alford, *et al.*, | ) ) ) |
| Defendants. | ) |

## PROPOSED DISCOVERY PLAN

NOW COME, Counsel for Plaintiff, Michael L. Gallagher, and counsel for Defendant Rodney Alford, Peter Jennetten from Quinn Johnston, and Counsel for IDOC Defendants, Kwame Raoul, Illinois Attorney General, having telephonically conferred on July 11, 2025 for the purpose of formulating a proposed discovery schedule for consideration by the Court, hereby submit the following agreed deadline for the Court's consideration:

1. Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1): August 18, 2025

2. Amendment of the pleadings: November 15, 2025 (90 days after disclosures are made)

3. Joining additional parties: November 15, 2025 (90 days after disclosures are made)

4. Close of fact discovery: May 18, 2026

5. Disclosure of Plaintiff's experts: June 17, 2026

6. Disclosure of Plaintiff's expert reports: June 17, 2026

7. Plaintiff's expert deposed by: July 17, 2026

8. Disclosure of Defendant's experts: August 17, 2026

9. Disclosure of Defendant's expert reports: August 17, 2026

10. Defendant's experts deposed by: September 17, 2026

11. Completion of all discovery: October 17, 2026

12. Dispositive motions: November 17, 2026

Dated: July 14, 2025                                                 Respectfully submitted,

Kwame Raoul
Attorney General                                    By:    s/    *Kajal Patel*
State of Illinois                                                   Kajal Patel
*Counsel for IDOC Defendants*                        Assistant Attorney General
                                                      Office of the Illinois Attorney General
                                                     115 S. LaSalle St.
                                                     Chicago, IL 60603
                                                     Phone: (773) 550-9687
                                                     E-Mail: Kajal.patel@ilag.gov


                                               By:    */s/ Michael L. Gallagher*
                                                 MICHAEL L. GALLAGHER
                                                 Gallagher Law Offices, LLC
                                                 Attorneys for Plaintiff
                                                 161 North Clark Street, Suite 3050
                                                 Chicago, Illinois 60601
                                                 ARDC: 6281432
                                                 mlg@gallagherinjurylaw.com


                                               *s/ Peter R. Jennetten*
                                               Peter R. Jennetten (Illinois Bar No. 6237377)
                                               pjennetten@quinnjohnston.com
                                               QUINN JOHNSTON
                                               227 N.E. Jefferson Ave.
                                               Peoria, IL  61602-1211
                                               (309) 674-1133  (phone)
                                               (309) 674-6503  (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I electronically filed the foregoing, *Proposed Discovery Plan*, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Michael L Gallagher**
GALLAGHER LAW OFFICES LLC
951 Raleigh Road
60025
Glenview, IL 60025
773-550-5996
Fax: 312-910-5050
Email: mlg@gallagherinjurylaw.com

**Peter R Jennetten**
QUINN JOHNSTON
227 NE Jefferson Ave
Peoria, IL 61602
309-674-1133
Email: pjennetten@quinnjohnston.com

**Brody Woods**
QUINN JOHNSTON
227 NE Jefferson Ave
Peoria, IL 61602
309-674-1133
Email: bwoods@quinnjohnston.com

Dated: July 14, 2025                     Respectfully submitted,

KWAME RAOUL                              By:   */s/ Kajal Patel*
Attorney General of Illinois                   ARDC #: 6346282
                                               Assistant Attorney General
                                               General Law Bureau
                                               Office of the Illinois Attorney General
                                               115 South LaSalle Street,
                                               Chicago, Illinois 60603
                                               (773) 550 - 9687
                                               Kajal.Patel@ilag.gov