# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Micheail Ward, | ) |
| Plaintiff, | ) |
| | ) Case no. 24-CV-1410 |
| v. | ) Honorable Jonathan E. Hawley |
| Rodney Alford, *et al.*, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE OF
## DEFENDANTS' RULE 26 INITIAL DISCLOSURES

I certify that on August 18, 2025, I sent a copy of *Defendants' Rule 26 Initial Disclosures,* to Plaintiff, by email, together with this Certificate:

**Michael L Gallagher**
GALLAGHER LAW OFFICES LLC
Email: mlg@gallagherinjurylaw.com

And I hereby certify that on August 18, 2025, I emailed a copy of *Defendant's Rule 26 Initial Disclosures*, along with this Certificate to:

**Peter R Jennetten**
QUINN JOHNSTON
pjennetten@quinnjohnston.com

**Brody Woods**
QUINN JOHNSTON
bwoods@quinnjohnston.com

Dated: August 18, 2025                    Respectfully submitted,

KWAME RAOUL                    By:    */s/ Kajal Patel*
Attorney General of Illinois              ARDC #: 6346282
                                          Assistant Attorney General
                                          General Law Bureau
                                          Office of the Illinois Attorney General

115 South LaSalle Street,
Chicago, Illinois 60603
(773) 550 - 9687
Kajal.Patel@ilag.gov

1:24-cv-01410-JEH-RLH    # 36    Filed: 08/18/25    Page 2 of 3

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2025, I electronically filed the foregoing, *Certificate of Service of Defendant's Rule 26 Initial Disclosures*, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Michael L Gallagher**
GALLAGHER LAW OFFICES LLC
Email: mlg@gallagherinjurylaw.com

**Peter R Jennetten**
QUINN JOHNSTON
pjennetten@quinnjohnston.com

**Brody Woods**
QUINN JOHNSTON
bwoods@quinnjohnston.com

|  |  |
|---|---|
| Dated: August 18, 2025 | Respectfully submitted, |
| KWAME RAOUL<br>Attorney General of Illinois | By:  */s/ Kajal Patel*<br>ARDC #: 6346282<br>Assistant Attorney General<br>General Law Bureau<br>Office of the Illinois Attorney General<br>115 South LaSalle Street<br>Chicago, Illinois 60603<br>(773) 550 - 9687<br>Kajal.Patel@ilag.gov |